UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV1688 CDP |
| ) | |
| ONE 2003 MERCEDES-BENZ S430 ) | |
| VIN WDBNG70J23A346230 WITH ) | |
| ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 19, 2008 I ordered the government to inform me of the status of the related criminal matter in this case. On July 2, 2008, the government responded, and in that response asked for a six month stay of this case. More than six months have passed since the government requested a stay in this matter. As a result, I will order plaintiff United States of America to file a status report in this case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff United States of America shall file a memorandum by **March 27, 2009** informing the Court of the status of the related criminal matter and indicating when this case can proceed.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2009.